UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL D. HALL,

                Petitioner,

    -against-

CHRISTOPHER MILLER,

                Respondent.

21-CV-00542 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued February 9, 2021, dismissing the petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 9, 2021
           New York, New York

                                                      *Louis L. Stanton*
                                                      Louis L. Stanton
                                                         U.S.D.J.